AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

TODD F. LECCESE

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1745-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 19, 2003 in Suffolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

maliciously damage or destroy, or attempt to damage or destroy, by means of fire or an explosive, any building, or real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce

in violation of Title 18 United States Code, Section(s) 844(i) and 2.

I further state that I am a(x) Special Agent, ATF and that this complaint is based on the following
Official Title

facts:

See attached affidavit of ATF Special Agent Mattheu Kelsch

Continued on the attached sheet and made a part hereof:  ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-01-2004                                at        Boston, Massachusetts
Date                                                  City and State

CHARLES B. SWARTWOOD III
U.S. MAGISTRATE JUDGE                    _____
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

≋JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF

**City** Chelsea     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   TODD F. LECCESE     Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date: 1973    SS#: 1511    Sex: M    Race: WHITE    Nationality: AMERICAN

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   DONALD L. CABELL     Bar Number if applicable _____

Interpreter: ☐ Yes   ☒ No     List language and/or dialect: _____

Matter to be SEALED: ☐ Yes   ☒ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**    ☒ Complaint    ☒ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 1, 2004     Signature of AUSA: *[signed]*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy                                        )

Name of Defendant    TODD F. LECCESE

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §844(i) | Arson | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

ATF