AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

✗ For limited purpose
✗ of first Appearance
   only ✗

**APPEARANCE**

Case Number: 04-1745-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Defendant Todd F. Leaver

I certify that I am admitted to practice in this court.

_____6/2/04_____          _____[signature]_____
Date                                    Signature

Douglas J. Brooks          636697
Print Name  Kelly Libby & Hoopes         Bar Number

175 Federal Street
Address

Boston         MA         02110
City            State        Zip Code

(617) 338-9300       (617) 338-9911
Phone Number         Fax Number