AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| TODD F. LECCESE | |

CASE NUMBER: 04-1745-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **TODD F. LECCESE**
                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
damaging a building or real or personal property by means of fire or an explosive

in violation of
Title   **18**   United States Code, Section(s)   **844(i) and 2**

CHARLES B. SWARTWOOD III            UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                              Title of Issuing Officer

[signature]                                                  6-1-04 @ Boston, MA.
Signature of Issuing Officer                         Date and Location

Bail fixed at $ _____   by _____
                                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.