UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TODD F. LECCESE | ) | CR. NO. 04-MJ-0175-CBS |
| | ) | |

**ASSENTED-TO MOTION TO CONTINUE PROBABLE CAUSE HEARING**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves that the Court continue the probable cause hearing in this matter, presently scheduled for August 3, 2004, for a period of at least 30 days. In support of the motion, the government states that the parties have begun discussions relating to the case and the continuance will allow the parties to complete such discussions and determine whether the case can be resolved by agreement. Accordingly, the defendant assents to the motion.

                                Respectfully submitted,
                                MICHAEL J. SULLIVAN
                                United States Attorney

                        BY:     /s/Donald L. Cabell
                                Donald L. Cabell
                                Assistant U.S. Attorney
                                One Courthouse Way, Suite 9200
                                Boston, MA 02210
                                (617) 748-3105

August 2, 2004