UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) 04CR10366MLW |
| | ) CRIMINAL NO. |
| v. | ) VIOLATIONS: |
| | ) 18 U.S.C. § 844(i) |
| TODD F. LECCESE | ) Arson |

INFORMATION

COUNT ONE:   (18 U.S.C. §§ 844(i) and 2 – Arson)

The United States Attorney charges that:

On or about December 30, 2001, at Chelsea, in the District of Massachusetts,

TODD F. LECCESE

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building used in interstate or foreign commerce and in activities affecting interstate or foreign commerce, to wit: a store called Doug's Jewelry Store, located in a building at 411 Broadway, Chelsea, Massachusetts, and its contents.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

<u>COUNT TWO</u>:    (18 U.S.C. §§ 844(i) and 2 - Arson)

The United States Attorney further charges that:

On or about July 23, 2003, at Chelsea, in the District of Massachusetts,

TODD F. LECCESE

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building used in interstate or foreign commerce and in activities affecting interstate or foreign commerce, to wit: a store called Doug's Bargain Store, located in a building at 472 Broadway, Chelsea, Massachusetts, and its contents.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

<u>COUNT THREE</u>:     (18 U.S.C. §§ 844(i) and 2 - Arson)

The United States Attorney further charges that:

On or about June 19, 2003, at Chelsea, in the District of Massachusetts,

TODD F. LECCESE

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building used in interstate or foreign commerce and in activities affecting interstate or foreign commerce, to wit: a store called Slaton's Furniture, Jewelry and Appliances, located in a building at 288 Broadway, Chelsea, Massachusetts, and its contents.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

NOTICE OF ADDITIONAL FACTORS

THE UNITED STATES ATTORNEY further charges that:

1. The offense charged in Count One created a substantial risk of death or serious bodily injury to a person other than a participant in the offense; involved the attempted destruction of a structure other than a dwelling; or endangered a dwelling or a structure other than a dwelling, as described in U.S.S.G. § 2K1.4(a)(2).

2. The offense charged in Count Two created a substantial risk of death or serious bodily injury to a person other than a participant in the offense; involved the attempted destruction of a structure other than a dwelling; or endangered a dwelling or a structure other than a dwelling, as described in U.S.S.G. § 2K1.4(a)(2).

3. The offense charged in Count Three created a substantial risk of death or serious bodily injury to a person other than a participant in the offense; involved the attempted destruction of a structure other than a dwelling; or endangered a dwelling or a structure other than a dwelling, as described in U.S.S.G. § 2K1.4(a)(2).

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:  /s/ Donald L. Cabell
                              DONALD L. CABELL
                              Assistant U.S. Attorney

December 14, 2004

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | 04 CR 10366 MLW U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**                      Category No. __II__                  Investigating Agency __ATF__

City __Chelsea__                          Related Case Information:

County __Suffolk__                        Superseding Ind./ Inf. _____  Case No. __2?__
                                          Same Defendant _____  New Defendant _____
                                          Magistrate Judge Case Number __MJ-04-01745__
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __TODD F. LECCESE__                          Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date: __1973__   SS#: __1511__   Sex: __M__   Race: __WHITE__   Nationality: __AMERICAN__

Defense Counsel if known: __Douglas Brooks__         Address: __Kelly, Libby & Hoopes, 175 Federal__
                                                              __Boston, MA 02110__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __DONALD L. CABELL__                   Bar Number if applicable _____

Interpreter:   ☐ Yes   ☒ No       List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: __June 2, 2004__

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by __M.J. Swartwood III__   on __June 2, 2004__

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: December 14, 2004        Signature of AUSA: _/s/ Donald Cabell_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy   **04CR10366MLW**

Name of Defendant     TODD F. LECCESE

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §844(i) | Arson | 1-3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

ATF