UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                    **CRIMINAL CASE**
                                                     **NO. 04-10336-MLW**

V.

**TODD LECESSE**        Defendant(s)

**NOTICE OF HEARING**

**WOLF, D.J.**

1) PLEASE TAKE NOTICE that the above-titled case has been set for a SENTENCING HEARING on JANUARY 19, 2007 at 3:00 P.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.

2) Not less than five business days before the Hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the number of witnesses and the amount of time counsel expects would be required to complete the hearing.

3) If the parties would like to file any motions or other pleadings for the court to consider at the Sentencing Hearing they shall be filed by JANUARY 5, 2005. Any responses shall be filed by JANUARY 12, 2005.

SARAH A. THORNTON
CLERK OF COURT

December 15, 2006            By:    /s/ Dennis O'Leary
Date                                Deputy Clerk
Notice to:

(crim-notice-revoc.wpd - 7/99)                    [ntchrgcnf.]
                                                  [kntchrgcnf.]