UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: No. 04-CR-10366-MLW |
| | ) |
| v. | ) |
| | ) |
| TODD LECCESE | ) |
| | ) |
| Defendant | ) |
| | ) |

**DEFENDANT TODD LECCESE'S MOTION FOR LEAVE TO FILE A SIGNED AFFIDAVIT AFTER FILING HIS SENTENCING MEMORANDUM**

Defendant Todd Leccese hereby moves the Court for leave to file a signed copy of his Affidavit, which is attached to the sentencing memorandum, dated January 15, 2007. As support for this Motion, defendant states as follows:

1. A sentencing hearing in this matter is scheduled for January 19, 2007. Pursuant to the Court's Procedural Order re: Sentencing Hearing, defendant filed a sentencing memorandum today (January 15, 2007).

2. Attachment 3 to the Sentencing Memorandum is an Affidavit of defendant. Due to logistical issues (defendant is currently in custody), the undersigned have not yet been able to have him sign the Affidavit. They have, however, thoroughly discussed the contents of the Affidavit with defendant to ensure its truthfulness.

3. With the Court's permission, the undersigned intend to submit a signed copy of defendant's Affidavit to the Court at or before the sentencing hearing.

WHEREFORE, defendant respectfully requests that the Court allow this Motion.

        Respectfully submitted,

        Thomas M. Hoopes_____
        Thomas M. Hoopes (BBO No. 239340)
        Douglas S. Brooks (BBO No. 636697)
        KELLY, LIBBY & HOOPES, P.C.
        175 Federal Street
        Boston, MA 02110
        (617) 338-9300

Dated:   January 15, 2007

## CERTIFICATE OF SERVICE

I, Douglas S. Brooks, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by regular mail on January 15, 2007 to those, if any, indicated as non-registered participants.

        /s/ Douglas S. Brooks_____
        Douglas S. Brooks