UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10366-MLW |
| | ) | |
| TODD F. LECCESE | ) | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE MOTION
FOR A DOWNWARD DEPARTURE
PURSUANT TO U.S.S.G. §5K1.1 AND 18 U.S.C. §3553(e)

The government respectfully moves for leave to file the attached motion for a downward departure.  In support of the motion, the undersigned AUSA was waiting for authority to file the motion and therefore was unable to file it prior to today.

Respectfully submitted,

MICHAEL SULLIVAN
United States Attorney

By:

/S/Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
                                    )
            v.                      )       CRIMINAL NO. 04-10366-MLW
                                    )
TODD F. LECCESE                     )


GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE
PURSUANT TO U.S.S.G. §5K1.1 AND 18 U.S.C. §3553(e)


The government respectfully moves, pursuant to U.S.S.G. §5K1.1, and 18 U.S.C. §3553(e), that the Court impose a sentence below the level otherwise established by the Federal Sentencing Guidelines in this case, and/or by statute, so as to reflect the defendant's substantial assistance in the investigation and prosecution of another person or persons who committed significant criminal offenses.


                           Respectfully submitted,

                           MICHAEL SULLIVAN
                           United States Attorney

                  By:

                           /S/Donald L. Cabell
                           DONALD L. CABELL
                           Assistant U.S. Attorney