UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: No. 04-CR-10366-MLW |
| | ) |
| v. | ) |
| | ) |
| TODD LECCESE | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |
| | ) |

## DEFENDANT TODD LECCESE'S EMERGENCY MOTION
## TO EXTEND TIME TO MAKE RESTITUTION PAYMENT

Defendant Todd Leccese hereby moves the Court, on an emergency basis, to extend the time for him to make his restitution payment by <u>three</u> days.  As support for this Motion, Leccese states as follows:

1.      On January 19, 2007, the Court held a sentencing hearing in this case. The Court ordered Leccese to make a partial restitution payment of $50,000.00 within 30 days of sentencing.  This partial payment is due on Tuesday, February 20, 2007.[1]

2.      Defendant has been in custody since he pled guilty in January 2005. Accordingly, he does not have direct access to the funds necessary to make the partial restitution payment.

3.      With assistance from his family, the funds necessary to make the Court-ordered partial payment have been obtained.  This money was transferred, via an out-of-state check, into a local bank account today.  According to the bank, the out-of-state check will take five business days to clear.  Because of the holiday next Monday, February 19, 2007, that check will thus clear on Thursday, February 22, 2007.  Mr.

---

[1] The 30th day from sentencing falls on Sunday, February 18, 2007, and the following day is a federal holiday.

Leccese's sister will thereafter send the restitution payment, by overnight mail, to the Clerk's office for delivery on Friday, February 23, 2007 – just three days after the 30-day deadline.

4.      Accordingly, Mr. Leccese respectfully requests that the Court grant this short extension and permit him to make the restitution payment on February 23, 2007.

WHEREFORE, Defendant Leccese requests that the Court allow this Motion.

Respectfully submitted,


/s/ Douglas S. Brooks_____
Thomas M. Hoopes (BBO No. 239340)
Douglas S. Brooks (BBO No. 636697)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA 02110
(617) 338-9300


Dated:   February 13, 2007


## CERTIFICATE OF SERVICE

I, Douglas S. Brooks, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by regular mail on February 13, 2007 to those, if any, indicated as non-registered participants.


/s/ Douglas S. Brooks_____
Douglas S. Brooks