UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: No. 04-CR-10366-MLW |
| ) | |
| v. ) | |
| ) | |
| TODD LECCESE ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

**MOTION TO PROVIDE RECOMMENDATION FOR SPECIFIC
BUREAU OF PRISON FACILITY DESIGNATION AS PART OF, OR AS A
SUPPLEMENT TO, THE JUDGMENT**

Defendant Todd Leccese respectfully moves this Court to recommend to the Bureau of Prisons that he be designated to FCI Ft. Dix in Ft. Dix, New Jersey. Because this request is being made after sentencing and after the Judgment has entered, Defendant attaches hereto a proposed Order for the Court's consideration and convenience. As further support for this Motion, Mr. Leccese states as follows:

1.  On January 19, 2007, the Court sentenced Mr. Leccese to 54 months imprisonment after he pled guilty to three counts of arson. 18 U.S.C. § 844(i). The Court entered Judgment in this case on February 15, 2007.

2.  Mr. Leccese's family is located in Massachusetts. Ft. Dix, a Low-Security Federal Correction Institution, represents the best opportunity for Mr. Leccese to be placed relatively near his family in the Boston area.1 Without a specific

---

1 As stated in the Bureau of Prisons' annual "State of the Bureau: 2005," at page 26, Low-security Federal Correctional Institutions (FCIs) have double-fenced perimeters, mostly dormitory housing, and strong work and program components. The staff-to-inmate ratio in these institutions is higher than in minimum-security facilities. Inmates must have less than 20 years remaining to serve on their sentence in order to be placed in a Low-security FCI. Most inmates are serving time for management-level drug trafficking (40%), organized racketeering crimes, non-invasive sex offenses (e.g., possession of child pornography), are

recommendation, it is possible that the BOP will place Leccese hundreds of miles from his family.

3. The undersigned believe that Mr. Leccese is bound for a low-security FCI. *See* USDOJ–FBOP Program Statement (P.S.) 5100.08, *Inmate Security Designation and Custody Classification Manual*, Ch. 4, p. 7 (discussing the significance of an inmate's offense "severity rating") and Ch. 5, p. 7 (discussing the application of a classification factor "Greatest Severity Public Safety Factor,") (September 12, 2006).[2]

4. The nearest Low-Security FCI to Mr. Leccese's family is at Ft. Dix Army Base in Central New Jersey. Although Fort Dix is a four-to-five hour ride from Mr. Leccese's family in Massachusetts, it is considerably closer than the other federal prisons where Mr. Leccese might be sent.[3]

5. Mr. Leccese has served a little over two years of his sentence. He faces an additional two years in prison even if he earns all his statutory Good Conduct Time. Mr. Leccese hopes that with the Court's assistance, he can at least begin his sentence as close to his family as possible.

WHEREFORE, Mr. Leccese respectfully requests that the Court grant this Motion.

---

deportable aliens or are otherwise considered "public safety risks" (e.g., have a history of escape, a poor discipline record or are program failures – halfway house, supervised release and probation violators). Low FCI housed between 1,200 and 2,000 inmates.

[2] Because Mr. Leccese's crime of arson involved a substantial threat of bodily injury, the BOP will conclude that he committed an offense of "Greatest Severity" (GSO). Inmates assessed as having committed a GSO, must serve their sentence in at least a low-security facility until otherwise deemed suitable for a minimum-security camp.

[3] One of the individuals involved in the fires at issue, an inmate Mr. Leccese must be separated from, is currently confined at the next nearest Low-security FCI (i.e., LSCI Allenwood). Other facilities where Mr. Leccese could be placed include FCI Loretto, PA (near Pittsburgh); FCI Elkton, OH; FCI Cumberland, MD; and FCI Petersburg, VA. All of these facilities are significantly farther away from Massachusetts than central New Jersey.

          Respectfully submitted,

          /s/ Douglas S. Brooks
          Thomas M. Hoopes (BBO No. 239340)
          Douglas S. Brooks (BBO No. 636697)
          KELLY, LIBBY & HOOPES, P.C.
          175 Federal Street
          Boston, MA 02110
          (617) 338-9300

Dated: February 15, 2007

## **CERTIFICATE OF SERVICE**

I, Douglas S. Brooks, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by regular mail on February 15, 2007 to those, if any, indicated as non-registered participants.

          /s/ Douglas S. Brooks
          Douglas S. Brooks

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: No. 04-CR-10366-MLW |
| | ) |
| v. | ) |
| | ) |
| TODD LECCESE | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

**ORDER ON JUDICIAL RECOMMENDATION OF**
**DESIGNATION BY THE BUREAU OF PRISONS**

Having sentenced the defendant to serve 54-months in the custody of the Attorney General, the Court hereby Recommends that the BOP designate defendant Leccese to:

> FCI Ft. Dix
> Federal Correctional Institution
> Ft. Dix, New Jersey

The Court hereby Orders that a copy of this Recommendation and Order be served forthwith on the U.S. Marshal for this District and that the Marshal deliver such Recommendation and Order to the Bureau of Prisons' Designation and Sentence Computation Center in Grand Prairie, Texas.

So Ordered:

_____
The Honorable Mark L. Wolf,
Chief Judge, U.S. District Court

Dated:_____